IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                          CRIMINAL 11-0302CCC

JOEL RIVERA-COLON

Defendant

## ORDER

Having considered the Report and Recommendation filed on August 8, 2011 (**docket entry 9**) on a Rule 11 proceeding of defendant Joel Rivera-Colón held before U.S. Magistrate Judge Marcos E. López on August 4, 2011, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Rivera-Colón is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 4, 2011.  The **sentencing hearing is set for November 3, 2011 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 19, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge